UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA



| | |
|---|---|
| TUCSON WOMAN'S CLINIC; DAMON RAPHAEL, M.D.; OLD PUEBLO FAMILY PLANNING; WILLIAM RICHARDSON, M.D.; SIMAT CORP. d/b/a/ ABORTION SERVICES OF PHOENIX; ROBERT H. TAMIS, MD. PC; and ROBERT H. TAMIS, M.D.; on behalf of themselves and their patients seeking abortions,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CATHERINE EDEN in her capacity as Director of the Arizona Department of Health Services; JANET NAPOLITANO, in her capacity as Attorney General of the State of Arizona; RICHARD M. ROMLEY, in his official capacity as County Attorney for the County of Maricopa, and as representative for all other prosecuting attorneys similarly situated throughout the State of Arizona, including without limitation all County, City and Town Attorneys,<br><br>　　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case No.　CIV-00-141-T-RCC |

X　**DECISION BY COURT.**　This action came under consideration before the Court.　The issues have been considered and a decision has been rendered.



CV 00-141-TUC-RCC
Tucson Woman's Clinic, et al vs Catherine Eden, et al

**IT IS HEREBY ORDERED** that:

(1) Plaintiffs' April 30, 2001 Motion for Summary Judgment [docket #132-1] is **GRANTED**, in part, and **DENIED**, in part;

(2) Defendants' May 1, 2001 Motion for Summary Judgment on Plaintiffs' Equal Protection Claim [docket #143-1] is **GRANTED**;

(3) Defendants' May 1, 2001 Motion for Summary Judgment on Plaintiffs' Fourth Amendment Claim [docket #138-1] is **DENIED**;

(4) Arizona Administrative Code regulation R9-10-1503(B)(4) is unconstitutional because it violates the Fourth Amendment to the United States Constitution;

(5) Defendants' May 1, 2001 Motion for Summary Judgment on Plaintiffs' Informational Privacy Claim [docket #141-1] is **DENIED**;

(6) Arizona Revised Statute section 36-2301.02(C) and Arizona Administrative Code regulations R9-10-1511(A)(4)(b) and R9-10-1511(A)(4)(c) are unconstitutional because they violate an individual's constitutional right to informational privacy;

(7) Defendants' May 1, 2001 Motion for Summary Judgment on Plaintiffs' Unlawful Delegation Claim [docket #139-1] is **GRANTED**;

(8) Defendants' May 1, 2001 Motion for Summary Judgment on Plaintiffs' Vagueness Claim [docket #140-1] is **GRANTED**, in part, and **DENIED**, in part;

(9) Arizona Administrative Code regulation R9-10-1507(1) is unconstitutionally vague;

(10) Defendants' May 1, 2001 Motion for Summary Judgment on Plaintiffs' Undue Burden Claim [docket #145-1] is **GRANTED**;

(11) Plaintiffs' May 31, 2001 Motion to Strike Portions of Defendants' Summary Judgment Submissions (docket #154-1) is **DENIED**.

CV 00-141-TUC-RCC
Tucson Woman's Clinic, et al vs Catherine Eden, et al

(12) Plaintiff's June 29, 2001 Second Motion to Strike Portions of Defendants' Summary Judgment Submissions [docket #181-1] is **DENIED**;

(13) Defendant's June 29, 2001 Motion to Preclude Consideration of Evidence [docket #179-1] is **DENIED**;

(14) Defendants are permanently enjoined from enforcing any portion of the Regulatory Scheme ruled unconstitutional by this Order.

| October 1, 2002 | RICHARD H. WEARE |
|---|---|
| Date | CLERK |

*Judy Johnson*
(By) Judy Johnson, Deputy Clerk

Copies to: ALL PARTIES; RCC; JBOOK