Lynne C. Adams, State Bar No. 011367
Lewis and Roca LLC
40 N. Central Avenue
Phoenix, Arizona 85004
Direct Dial: (602) 262-5372
Direct Fax: (602) 734-4015

Terry Goddard
Attorney General
Firm State Bar No. 14000
Kevin D. Ray, State Bar No. 007485
Assistant Attorneys General
1275 W. Washington
Phoenix, Arizona 85007
(602) 542-5328

Attorneys for Defendants Susan Gerard and Terry Goddard

Timothy J. Casey, State Bar No. 013492
Schmitt Schneck Smyth & Herrod PC
1221 E. Osborn Road, Suite 105
Phoenix, Arizona 85014
(602)277-7000

Attorneys for Defendant Andrew Thomas

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tucson Woman's Clinic, et al.,<br><br>                Plaintiffs,<br><br>  vs.<br><br>Susan Gerard, in her capacity as Director of the Arizona Department of Health Services, et al.,<br><br>                Defendants. | No. CIV 00-141 TUC RCC<br><br>**JOINT REQUEST FOR ORDER APPROVING AND MANDATING COMPLIANCE WITH STIPULATION OF SETTLEMENT** |

Plaintiffs Tucson Woman's Clinic; Damon Raphael, M.D.; Robert H. Tamis, M.D.; Old Pueblo Family Planning; William Richardson, M.D.; Simat Corporation, dba Abortion Services of Phoenix; and Defendants Terry Goddard, in his official capacity as the Arizona Attorney General; Susan Gerard, in her official capacity as the Director of the Arizona Department of Health Services; and Andrew Thomas, in his official capacity as the Maricopa County Attorney and as the representative of all other prosecuting attorneys similarly situated throughout the state of Arizona, hereby request that this Court enter an Order approving and mandating compliance with the Stipulation of Settlement,

which has been signed by all of the parties to this matter.  A copy of the fully-executed Stipulation of Settlement is attached as Exhibit 1.

A form of Order is filed concurrently with this Joint Request for the Court's convenience.

DATED this 10th day of September, 2008.

/s/  Lynne C. Adams
Lynne C. Adams
Lewis and Roca LLP

Kevin D. Ray
Assistant Arizona Attorney General
Attorneys for Defendants Gerard and Goddard


/s/ Timothy J. Casey with permission
Timothy J. Casey
Schmitt Schneck Smyth & Herrod PC
Attorneys for Defendant Thomas


/s/ Bonnie Scott Jones with permission
Bonnie Scott Jones
Center for Reproductive Rights
Attorneys for Plaintiffs

1970846.1

CERTIFICATE OF SERVICE

     I, Jessica Jensen, hereby certify that on September 10, 2008, I electronically transmitted the foregoing Stipulation to the Clerk of the Court using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

        Kevin D. Ray      Kevin.Ray@azag.gov

        Timothy J. Casey   Tim@AZBarristers.com

        Bonnie Scott Jones  BJones@reprorights.org

                                    /s/ Jessica Jensen