UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tucson Woman's Clinic, et al.,<br><br>       Plaintiffs,<br><br> vs.<br><br>Susan Gerard, in her capacity as Director of the Arizona Department of Health Services, et al.,<br><br>       Defendants. | No. CIV 00-141 TUC RCC<br><br>**ORDER** |

  Based upon the parties' Joint Request for an Order Approving and Mandating Compliance with Stipulation of Settlement, and good cause appearing,

  IT IS ORDERED approving the Stipulation of Settlement.

  IT IS ALSO ORDERED that the parties, their agents, and their successors in office (if any), shall comply with the terms of the Stipulation of Settlement, a copy of which is appended to this Order.

  Dated this 10th day of September, 2008.

                _____
                Raner C. Collins
                United States District Judge

1970974.1