IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tucson Women's Clinic, et al., | No. CV 00-141-TUC-RCC |
| Plaintiff, | **ORDER** |
| vs. | |
| Susan Gerard, in her capacity as Director of the Arizona Department of Health Services, et al., | |
| Defendant. | |

Pursuant to the parties' Stipulation For Dismissal With Prejudice, and good cause appearing,

**IT IS ORDERED** dismissing this lawsuit **with prejudice**. Except as set forth in the parties' Settlement Agreement related to payment of plaintiffs' attorneys' fees and costs by defendants, each party shall bear his/its own costs and attorneys' fees.

DATED this 21st day of October, 2010.

Raner C. Collins
United States District Judge